UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

JANET HOYT,

          CASE NO.: 9:17-cv-80333-JIC

    Plaintiff,

vs.

THE ABC OUTLET, INC.,
d/b/a ABC CARPET & HOME, THE OUTLET,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JANET HOYT ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of this Action **with prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, THE ABC OUTLET, INC., d/b/a ABC CARPET & HOME, THE OUTLET ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. This case shall be dismissed **with prejudice** with each party bearing her/their own attorneys' fees and costs.

          BY: /s/ Jason S. Weiss
               Jason S. Weiss
               Jason@jswlawyer.com
               Florida Bar No. 356890
               **WEISS LAW GROUP, P.A.**
               5531 N. University Drive, Suite 103
               Coral Springs, FL 33067
               Tel: (954) 573-2800
               Fax: (954) 573-2798
               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890